No. 373.  PAUL, DIRECTOR OF AGRICULTURE OF CALIFORNIA, ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  *Stanley Mosk,* Attorney General of California, *Lawrence E. Doxsee* and *John Fourt,* Deputy Attorneys General, and *Roger Kent* for petitioners. *Solicitor General Cox* for the United States.

No. 622.  LEE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  *Robert H. McNeill* for petitioner.  *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 625.  TEXACO PUERTO RICO, INC., *v.* DESCARTES, TREASURER OF PUERTO RICO.  C. A. 1st Cir.  Certiorari denied.  *James R. Beverley* for petitioner.  *J. B. Fernandez-Badillo,* Solicitor General of Puerto Rico, and *Rodolfo Cruz Contreras,* Deputy Solicitor General, for respondent.

No. 629.  HAUSFELD *v.* ZIEGLER.  Supreme Court of Ohio.  Certiorari denied.  *Melvin Edward Schaengold* for petitioner.  *Robert N. Ziegler, pro se,* and *Robert M. Dennis* for respondent.

No. 639.  VOLASCO PRODUCTS CO. ET AL. *v.* LLOYD A. FRY ROOFING CO.  C. A. 6th Cir.  Certiorari denied. *Wm. C. Wilson* for petitioners.  *Burton Y. Weitzenfeld* for respondent.

No. 655.  PACIFIC QUEEN FISHERIES ET AL. *v.* SYMES ET AL.  C. A. 9th Cir.  Certiorari denied.  *Wilbur E. Dow, Jr.* for petitioners.  *Albert E. Stephan* for respondents.